FILED: March 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2530
(6:11-cv-00042-NKM-RSB)
_____

RALPH WILFRED ARTHUR

    Plaintiff - Appellant

v.

PET DAIRY; LAND-O-SUN DAIRIES, LLC

    Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Shedd, and Judge Thacker.

For the Court

/s/ Patricia S. Connor, Clerk